IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAND ARENDALL, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 10-0150-KD-C |
| MURRAY E. JOINER, JR., M.D. | ) ) ) |
| Defendant, | ) |

## JUDGMENT

In accordance with the memorandum opinion and order entered August 31, 2012 (doc. 67) and the order entered this date, it is ORDERED, ADJUDGED and DECREED, that judgment is entered in favor of Hand Arendall LLC and against Murray E. Joiner, Jr., M.D., in the amount of $101,655.63 plus interest accrued in the amount of $16,843.68, for a total judgment of $118,499.31.

DONE and ORDERED the 20th day of September, 2012.


s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE